# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD B. KELLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-594-WDS ) |
| DR. RAKESH CHANDRA, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed pursuant to 28 U.S.C. § 1915A and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
|    December 1, 2008 | By:    s/ WILLIAM D. STIEHL |
| *Date* | *District Judge* |